# EXHIBIT A

# EXHIBIT A

## Case Information

DC-21-11777 | RONNIE JAMES vs. DANIEL STRONG, et al

Case Number
DC-21-11777

Court
193rd District Court

Judicial Officer
WHITMORE, BRIDGETT

File Date
08/30/2021

Case Type
MOTOR VEHICLE ACCIDENT

Case Status
OPEN

## Party

PLAINTIFF
JAMES, RONNIE

Address
13601 PRESTON ROAD
SUITE 600W
DALLAS TX 75240

Active Attorneys ▼

Lead Attorney
ALEXANDER, JOSHUA W
Retained

Attorney
BRODOCK, KELSEY E
Retained

Attorney
TOWNEND, DAVID W
Retained

DEFENDANT
STRONG, DANIEL

Address
10286 CLAY COUNTY HIGHWAY
MOSS TN 38575

DEFENDANT
FIRSTFLEET, INC.

Address
BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Active Attorneys
Lead Attorney
SCUDDER, MARK S
Retained

## Events and Hearings

08/30/2021 NEW CASE FILED (OCA) - CIVIL

08/30/2021 ORIGINAL PETITION

ORIGINAL PETITION

08/30/2021 ISSUE CITATION

ISSUE CITATION

ISSUE CITATION

08/30/2021 JURY DEMAND

FP FILE DESK JURY DEMAND FORM

09/01/2021 CITATION

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
DANIEL STRONG

09/01/2021 CITATION

Served
09/09/2021

Anticipated Server
ESERVE

Anticipated Method

Actual Server
PRIVATE PROCESS SERVER

Returned
09/10/2021

Comment
FIRSTFLEET INC

---

**09/10/2021 RETURN OF SERVICE**

EXECUTED CITATION - FIRSTFLEET, INC.

Comment
EXECUTED CITATION - FIRSTFLEET, INC.

---

**10/04/2021 ORIGINAL ANSWER - GENERAL DENIAL**

ORIGINAL ANSWER

---

**10/05/2021 SCHEDULING ORDER**

SCHEDULING ORDER

Comment
LEVEL 1

---

**10/08/2021 DISMISSAL FOR WANT OF PROSECUTION**

193RD Initial Dismissal Notice

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
1:30 PM

Cancel Reason
BY COURT ADMINISTRATOR

---

**10/14/2021 ORIGINAL ANSWER - GENERAL DENIAL**

ORIGINAL ANSWER

---

**09/06/2022 Jury Trial - Civil**

193rd Jury Trial Notice Whitmore

193rd Jury Trial Notice Whitmore

Judicial Officer
WHITMORE, BRIDGETT

Hearing Time
9:30 AM

## Financial

JAMES, RONNIE

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $348.00 |
| | Total Payments and Credits | | | $348.00 |
| 8/30/2021 | Transaction Assessment | | | $348.00 |
| 8/30/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 56836-2021-DCLK | JAMES, RONNIE | ($348.00) |

## Documents

ORIGINAL PETITION

FP FILE DESK JURY DEMAND FORM

193RD Initial Dismissal Notice

ISSUE CITATION

ISSUE CITATION

EXECUTED CITATION - FIRSTFLEET, INC.

ORIGINAL ANSWER

193rd Jury Trial Notice Whitmore

193rd Jury Trial Notice Whitmore

SCHEDULING ORDER

ORIGINAL ANSWER